UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-21410-CIV-MORENO

CONNIE JAY LORENZO,

    Plaintiff,

vs.

CAROLYN W. COLVIN, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on the Plaintiff's Motion for Summary Judgment (**D.E. No. 24**) and the Defendant's Motion for Summary Judgment (**D.E. No. 25**). The Magistrate Judge filed a Report and Recommendation (**D.E. No. 29**) on **September 5, 2014**. The Court has reviewed the entire file and record. The Court notes that neither side has filed objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 29**) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED. The Court agrees with Magistrate Judge Torres that substantial evidence supports the Administrative Law Judge's decision that Plaintiff was not disabled.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of September, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record